[S. F. No. 5772.   Department Two.—May 24, 1912.]

In the Matter of the Estate of CATHERINE STYLES, also known as Catherine McKenna, Deceased.

UNDUE INFLUENCE—SETTING ASIDE ASSIGNMENT OF BANK DEPOSIT.—The judgment herein is reversed on, the authority of *McKenna* v. *McKenna*, *ante*, p. 340, [123 Pac. 532].

APPEAL from a judgment of the Superior Court of the City and County of San Francisco, dismissing a petition for the revocation of the probate of the will of a deceased person, entered upon an order sustaining a demurrer to said petition. J. V. Coffey, Judge.

The facts are similar to those stated in the opinion in *McKenna* v. *McKenna*, *ante*, p. 340, [123 Pac. 532].

Costello & Costello, and A. W. Brouillet, for Appellants.

Breen & Kelly, for Respondents.

THE COURT.—The questions involved herein being identically the same as those passed upon in the case of *McKenna* v. *McKenna*, (S. F. No. 5770), *ante*, p. 340, [123 Pac. 532], the judgment appealed from herein, is, therefore, reversed, with directions to the trial court to overrule the general demurrer.